THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, as subrogee of Union Investment Real Estate GmbH,<br><br>Plaintiff,<br><br>vs.<br><br>INDUSTRIAL STEAM CLEANING, INC., INDUSTRIAL STEAM CLEANING, INC. d/b/a GREASEBUSTERS, and SIMPLEXGRINNELL LP<br><br>Defendants. | Civ. A. No. _____<br><br>Superior Court No. 2012 CA 007850 B |

### DEFENDANT SIMPLEXGRINNELL LP'S
### NOTICE OF REMOVAL OF CIVIL ACTION

Defendant SimplexGrinnell LP ("SimplexGrinnell"), by and through its undersigned counsel, and pursuant to 28 U.S.C. §§ 1441 and 1446, hereby files this notice of removal, removing civil action *The Insurance Company of the State of Pennsylvania, as subrogee of Union Investment Real Estate GmbH v. Industrial Steam Cleaning, Inc. et al.*, Civil Action No. 2012 CA 007850 B, from the Superior Court for the District of Columbia, Civil Division, to this Court. In support of this notice of removal, SimplexGrinnell states as follows:

### I. INTRODUCTION

1. On October 3, 2012, Plaintiff The Insurance Company of the State of Pennsylvania, as subrogee of Union Investment Real Estate GmbH ("Plaintiff") filed this case against Industrial Steam Cleaning, Inc., Industrial Steam Cleaning, Inc. d/b/a Greasebusters and

SimplexGrinnell LP ("SimplexGrinnell"). The action is styled *The Insurance Company of the State of Pennsylvania, as subrogee of Union Investment Real Estate GmbH v. Industrial Steam Cleaning, Inc. et al.*, Civil Action No. 2012 CA 007850 B, in the Superior Court for the District of Columbia, Civil Division.

2. Pursuant to 28 U.S.C. § 1446(a), SimplexGrinnell has attached a "copy of all process, pleadings, and orders served upon such defendant or defendants in such action" as Exhibit A.

## II. NOTICE OF REMOVAL IS TIMELY

3. Plaintiff served the Complaint in this action on SimplexGrinnell on October 9, 2012. The Complaint was the first pleading that SimplexGrinnell received setting forth the claims for relief on which this action is based. Thus, the filing of this Notice is within the initial 30-day time period set forth in 28 U.S.C. § 1446(b) in which to remove a case based on diversity jurisdiction. This Notice of Removal is timely.

## III. DIVERSITY JURISDICTION EXISTS

4. Complete diversity of citizenship exists between the parties. Plaintiff is headquartered in Hamburg, Germany with its principal place of business in New York.

5. This Court has original jurisdiction over this action under 28 U.S.C. § 1332. This case may be removed pursuant to 28 U.S.C. § 1441 because, as is explained in full below, this case is a civil action that involves a controversy between citizens of different states and in which the amount in controversy, exclusive of interest and costs, exceeds Seventy-Five Thousand and No/100 Dollars ($75,000.00). This action is being removed to the District Court for the district where the action is pending.

6. Title 28 U.S.C. § 1441(b) states that suits that do not arise under federal law are removable "if none of the parties in interest properly joined and served as defendants is a

citizen of the State in which such action is brought." Plaintiff filed this action in the Superior Court for the District of Columbia, Civil Division. No defendant in this action is a citizen of the District of Columbia.

7. Industrial Steam Cleaning, Inc. ("Industrial Steam Cleaning") is incorporated and organized under the laws of the State of Maryland, with its principal place of business located in Rockville. Pursuant to 28 U.S.C. § 1332(c)(1), Industrial Steam Cleaning is a citizen of Maryland.

8. Industrial Steam Cleaning, Inc. d/b/a Greasebusters ("Greasebusters") is incorporated and organized under the laws of the State of Maryland, with its principal place of business located in Rockville. Pursuant to 28 U.S.C. § 1332(c)(1), Greasebusters is a citizen of Maryland.

9. SimplexGrinnell is a Delaware Limited Partnership with its principal place of business located in Florida, 1501 Yamato Road, Boca Raton, Florida. Pursuant to 28 U.S.C. § 1332(c)(1), SimplexGrinnell is a citizen of Florida.

10. Pursuant to 28 U.S.C. § 1332, complete diversity of citizenship exists.

## IV. AMOUNT IN CONTROVERSY

11. In its Complaint, Plaintiff seeks a total in excess of $363,219.74 in damages from Industrial Steam Cleaning, Greasebusters, and SimplexGrinnell. *See* Complaint at p. 6. Based on the damages sought by Plaintiff, the amount in controversy, exclusive of interest and costs, exceeds $75,000.00.

## V. REMOVAL TO THIS DISTRICT

12. Removal venue exists in the United States District Court for the District of Columbia because the Superior Court of the District of Columbia, Civil Division, is within the district of the District of Columbia.

13. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be promptly served on the attorneys for Plaintiff, and a copy of this Notice will be promptly filed with the Clerk of the Superior Court for the District of Columbia, Civil Division. A copy of the Notice of Removal to Federal Court is attached hereto as Exhibit B.

14. As demonstrated above, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.00 and because the action is between citizens of different states.

15. SimplexGrinnell reserves all defenses including, without limitation, the defense of lack of personal jurisdiction.

16. SimplexGrinnell reserves the right to amend or supplement this Notice of Removal.

## VI. PRAYER

WHEREFORE, SimplexGrinnell gives notice that the matter styled *The Insurance Company of the State of Pennsylvania, as subrogee of Union Investment Real Estate GmbH v. Industrial Steam Cleaning, Inc. et al.*, Civil Action No. 2012 CA 007850 B, in the Superior Court for the District of Columbia, Civil Division, is removed to the United States District Court for the District of Columbia, and SimplexGrinnell requests that this Court retain jurisdiction for all further proceedings.

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

_____
Christopher E. Appel
D.C. Bar No. 978001
1155 F Street, N. W., Suite 200
Washington, D.C. 20004-1305
Telephone:  202.783.8400
Facsimile:  202.783.4211
cappel@shb.com

ATTORNEYS FOR DEFENDANT
SIMPLEXGRINNELL LP

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which sent notification of such filing to the following:

Edward A. Jaeger, Jr. Esquire
WHITE AND WILLIAMS LLP
1650 Market Street, Suite 1800
One Liberty Place
Philadelphia, PA 19103
Telephone: 215.864.6322
Facsimile: 215.421.7522
jaegere@whiteandwilliams.com
**Attorneys for Plaintiff**

Lindsey A. Lewis, Esquire
FRANKLIN & PROKOPIK
2325 Dulles Corner Blvd.
Suite 1150
Herndon, VA 20171
Telephone: 703-793-1800
Facsimile: 703-793-0298
llewis@fandpnet.com
**Attorneys for Defendant**
**Industrial Steam Cleaning, Inc.,**
**and Industrial Steam Cleaning, Inc.**
**d/b/a Greasebusters**

*/s/ Christopher E. Apgar*
Attorneys for Defendant
SimplexGrinnell LP