IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA a/s/o UNION INVESTMENT REAL ESTATE GMBH<br><br>Plaintiff,<br><br>v.<br><br>INDUSTRIAL STEAM CLEANING, INC. d/b/a GREASEBUSTERS,<br><br>and<br><br>SIMPLEXGRINNELL, LP<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 1:12-cv-01817 (EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SETTLEMENT AND JOINT MOTION TO VACATE MEDIATION AND STAY ALL PENDING DEADLINES

COME NOW Plaintiff The Insurance Company of the State of Pennsylvania a/s/o Union Investment Real Estate GMBH ("ICOSP") and Defendants, Industrial Steam Cleaning, Inc. and SimplexGrinnell LP (collectively, the "Parties"), through their respective undersigned counsel, and hereby notice this Honorable Court of a settlement reached by and between the Parties to fully and finally resolve all claims in this matter.  As a result of said settlement, the Parties collectively move to vacate as moot the upcoming mediation scheduled by the Court for November 14, 2013.  Furthermore, for good cause shown by the settlement of this matter, the Parties also jointly move the Court to stay all pending litigation deadlines to permit the Parties to formalize the terms of their settlement and prepare a dismissal of this action with prejudice.

WHEREFORE, for the reasons stated herein, the Parties request the pending mediation be vacated and all deadlines be stated.  A draft Order is attached.

11703585v.1

Respectfully submitted this 4th day of November, 2013.

INDUSTRIAL STEAM CLEANING, INC.

By Counsel

/S/_____
Joshua M. Hoffman, Esquire (DC Bar # 495390)
FRANKLIN & PROKOPIK
2325 Dulles Corner Blvd.
Suite 1150
Herndon, VA 20171
Telephone:  571-612-5938
E-mail:  jhoffman@fandpnet.com


THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA
a/s/o UNION INVESTMENT REAL ESTATE GMBH

By Counsel

_____
Edward A. Jaeger, Jr., Esquire (DC Bar # 986802)
WHITE AND WILLIAMS, LLP
1650 Market Street, Suite 1800
One Liberty Place
Philadelphia, PA 19103
Telephone:  215-864-6322
Facsimile:  215-789-7522
E-mail:  jaegere@whiteandwilliams.com

SIMPLEXGRINNELL LP

By Counsel


/S/_____
Christopher Appel, Esquire (DC Bar # 978001)
SHOOK HARDY & BACON, LLP
1155 F Street, NW, Suite 200
Washington, D.C. 20004
Telephone:  202-783-8400
Facsimile: 202-783-4211
E-mail:  cappel@shb.com

-3-

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA a/s/o UNION INVESTMENT REAL ESTATE GMBH**  **Plaintiff,**  v.  **INDUSTRIAL STEAM CLEANING, INC. d/b/a GREASEBUSTERS,**  and  **SIMPLEXGRINNELL, LP**  **Defendants.** | Case No.: 1:12-cv-01817 (EGS) |

### ORDER

Upon consideration of the Parties' Joint Motion to Vacate Mediation and Stay All Pending Deadlines ("Motion"), it is hereby

**ORDERED** that the Parties' Motion is **GRANTED**; and it is further

**ORDERED** that the Mediation currently scheduled for November 14, 2013 is hereby **VACATED**; and it is further

**ORDERED** that all deadlines shall be stayed to allow the Parties to formalize their settlement agreement.

**SO ORDERED** this _____ day of _____, 2013.

_____
Judge Emmet G. Sullivan

11703585v.1