THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 16 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

THE INSURANCE COMPANY OF THE
STATE OF PENNSYLVANIA, as subrogee of
Union Investment Real Estate GmbH,

Plaintiff,

vs.

INDUSTRIAL STEAM CLEANING, INC.
d/b/a GREASEBUSTERS, et. al.,

Defendants.

Case: 1:12-cv-01817-EGS

## STIPULATION AND CONSENT ORDER OF DISMISSAL WITH PREJUDICE

COME NOW, the Parties, THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA AS SUBROGEE OF UNION INVESTMENT REAL ESTATE GMBH ("ICSOP"), INDUSTRIAL STEAM CLEANING, INC., INDUSTRIAL STEAM CLEANING, INC., D/B/A GREASEBUSTERS (together, "ISC"), and SIMPLEXGRINNELL, LP ("SG") (collectively, the "Parties"), by counsel, hereby jointly stipulate and agree, pursuant to Fed. R. Civ. P. 41 that:

Whereas, ICSOP filed the above-captioned case on or about November 8, 2012 ("Action"); and

Whereas, ISC and SG filed cross-claims against one another on or about April 1, 2013 and April 3, 2013, respectively; and

Whereas, the Parties have come to an agreement on confidential terms which fully and finally resolves the allegations asserted in the Action and all cross-claims thereto without any admission of wrongdoing as to any Party;

Whereas, based on that agreement, the Parties now desire to dismiss this matter <u>with prejudice</u> and to forever relinquish her right to any claim alleged or that could have been alleged against each other;

Accordingly, the Parties jointly request and agree to the dismissal of the above-captioned Action, and all cross-claims thereto, <u>with prejudice</u>.

SO ORDERED this /३TH of DEC. , 2013.

_____
United States District Judge


**INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, AS SUBROGEE OF UNION INVESTMENT REAL ESTATE GMBH**


/s/
_____
Edward A. Jaeger, Jr., Esquire
Samantha J. Foss, Esquire
WHITE AND WILLIAMS, LLP
1650 Market Street, Suite 1800
One Liberty Place
Philadelphia, PA 19103
Counsel for Plaintiff
Email: jaegere@whiteandwilliams.com


**INDUSTRIAL STEAM CLEANING, INC., AND INDUSTRIAL STEAM CLEANING, INC., D/B/A GREASEBUSTERS**

By Counsel:

/s/
_____
Joshua M. Hoffman, Esquire (Bar No. 495390)
FRANLIN & PROKOPIK, PC

2

2325 Dulles Corner Boulevard, Suite 1150
Herndon, Virginia 20171
Telephone: (703) 793-1800
Facsimile: (703) 793-0298
E-mail: jhoffman@fandpnet.com

**SIMPLEXGRINNELL, LP**

By Counsel:

__/s/_____
Kristi L. Burmeister (*Pro Hac Vice*)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108-2613
Telephone:    816.474.6550
Facsimile:    816.421.5547
kburmeister@shb.com

Christopher E. Appel (No. 978001)
SHOOK, HARDY & BACON L.L.P.
1155 F Street, NW, Suite 200
Washington, D.C. 20004-1305
Telephone:    202.783.8400
Facsimile:    202.783.4211
cappel@shb.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing *Stipulation and Consent Order of Dismissal with Prejudice* was served *via* the Court's CM/ECF online filing system, which will forward an electronic copy of said filing to the counsel of record, this 13th day of December, 2013.

/S/ Joshua M. Hoffman
Joshua M. Hoffman